JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANISHA S. KELLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALMART INC., dba WALMART NEIGHBORHOOD MARKET, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-CV-05394-AB (AGRx)<br><br>**ORDER DISMISSING CIVIL ACTION AND VACATING ALL DEADLINES** |

　　The Court having been advised that the above-entitled action has been settled;

　　**IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **thirty (30) days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All upcoming dates and deadlines are **VACATED**.

Dated:  July 12, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.