JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| LANISHA S. KELLEY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC. dba WALMART NEIGHBORHOOD MARKET, a California Corporation; and DOES 1 through 25, Inclusive, <br><br> Defendants. | Case No. 2:21-cv-05394 AB (AGRx) <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

The Court having reviewed the parties' Stipulation, **IT IS HEREBY ORDERED** that the above action is hereby voluntarily **DISMISSED** in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:    July 12, 2022

_____

HONORABLE ANDRÉ BIROTTE JR.

United States District Court Judge

1